UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YVONNE M PRICE,<br><br>             Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>             Defendant. | CASE NO. 3:17-CV-05889-DWC<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE OF PROCESS |

Plaintiff Yvonne M. Price filed the Complaint for this Social Security action on October 31, 2017. Dkt. 4. Plaintiff had 90 days to serve the summons and Complaint. *See* Fed. R. Civ. P. 4(l), 4(m). The time for serving the summons and Complaint expired January 29, 2018. At this time, no proof of service has been filed. *See generally* Dkt. Plaintiff is ordered to complete service of process and file proof of service with the Court on or before February 9, 2018.

Dated this 2nd day of February, 2018.

                                                                                             */s/ David W. Christel*
David W. Christel
United States Magistrate Judge